# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICARDO RUMBO-MOJICA, ) <br> ) <br> Defendant ) | Case No.: CR 13-45 RSM <br><br> **ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATE** |

Based on the motion of the defendant to continue the trial date and pretrial motions deadline, the facts set forth which are hereby incorporated by reference and adopted its findings of fact, the court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interested of the public and the defendants in a speedy trial. 18 U.S.C.§ 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C.§ 3161(h)(7)(B(i).

3. The defense needs additional time to review voluminous discovery and to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the speedy trial act and currently set for this case. 18 U.S.C.§ 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense. 18 U.S.C.§ 3161(h)(7)(B)(iv).

Law Offices of
ROBERT D. BUTLER
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448

NOW, THEREFORE, IT IS HEREBY ORDED that the parties stipulated motion is GRANTED. The trial date in this case is continued from the current date of January 27, 2014 to May 5, 2014.

IT IS FURTHER ORDED that the resulting period of delay from the date of this order, up to and including the new trial date of May 5, 2014, is hereby excluded for speedy trial purposes, 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C.§ 3161(h)(7)(B).

All pretrial motions, not including motions in limine, shall be filed no later than April 11, 2014.

DATED this 14 day of January, 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

RICARDO RUMBO-MOJICA – 131F2748
PAGE 2 OF 2
Order Continuing Trial and Pretrial Motions Date

Law Offices of
ROBERT D. BUTLER
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448